# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0117. W. A. GRIFFIN v. MINNIE P. MATTHEWS.

W. A. Griffin filed a direct appeal from a trial court order denying his motion for summary judgment. However, the denial of a motion for summary judgment must be appealed in accordance with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review. See OCGA § 9-11-56 (h); *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994). Because Griffin failed to comply with the requisite interlocutory procedures, this application is premature and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/04/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*